# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JENNIFER HALL and | ) | |
| (2) ADAM HALL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  16-cv- 1101-HE |
| | ) | |
| (1) CHANG SOO KANG, | ) | Custer County |
| (2) SKYVIEW FARMS, INC., and | ) | Case No.  CJ-2016-70 |
| (3) SKYVIEW TRANSPORTATION, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendant Skyview Farms, Inc. notifies the Court and all involved parties of removal of this action from the Oklahoma District Court of Custer County to the United States District Court for the Western District of Oklahoma. Removal of this action is authorized by 28 U.S.C. §§ 1332, 1441, and 1446. In support of its *Notice of Removal*, Skyview Farms alleges and states the following:

1. The action styled *Jennifer Hall and Adama Hall, Plaintiffs, v. Chang Soo Kang, Skyview Farms, Inc, and Skyview Transportation, Inc., Defendants.* Case No. CJ-2016-70, commenced on August 18, 2016 in Custer County District Court. Although it was never served, Skyview Farms answered Hall's *Petition* on September 20, 2016.

2. *Notice of Removal* was filed within 30 days after Skyview Farms received a copy of the initial pleadings as required by 28 U.S.C. § 1446(b).

3. 28 U.S.C. § 1332 authorizes the Court to exercise original jurisdiction over this case

because the amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are citizens of different states.

4. Plaintiffs' *Petition* states that they are seeking damages exceeding $75,000.00.

5. Plaintiff Jennifer Hall is a resident of Oklahoma.

6. Plaintiff Adam Hall is a resident of Oklahoma.

7. Defendant Chang Soo Kang is a resident of North Carolina.

8. Defendant Skyview Farms, Inc. is a Nebraska corporation with its principal place of business in Nebraska.

9. Defendant Skyview Transportation, Inc. is a Nebraska corporation with its principal place of business in Nebraska.

10. Complete diversity of citizenship exists because, at all relevant times, Plaintiffs were residents of Oklahoma and Defendants were located in states other than Oklahoma.

11. Because the Court has original jurisdiction, 28 U.S.C. § 1441(a) permits removal of this case to federal court.

12. Copies of all process, pleadings, and orders are attached:

**Exhibit 1**    OSCN Case Summary dated September 21, 2016.

**Exhibit 2**    *Petition* dated August 18, 2016.

**Exhibit 3**    *Answer on Behalf of Skyview Farms, Inc.* dated September 20, 2016.

13. In compliance with 28 U.S.C. § 1446(d), Skyview Farms will serve Plaintiffs with

written notification of this *Notice of Removal*, and will file a copy with the Court

Clerk of Custer County, Oklahoma.

Because the Court has the authority to exercise original jurisdiction, Defendant Skyview

Farms, Inc. requests removal of this case to federal court.

*Respectfully submitted*,


/s/ Mehry Taremi
Dan K. Jones, OBA # 16940
Mehry Taremi, OBA # 31726
MILLS & JONES, PLLC
2760 Washington Drive, Suite 100
Norman, Oklahoma 73069
(405) 239-2501-t     (405) 239-2575-f
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I certify that on September 21, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit Notice of Electronic Filing to the following ECF registrant:

Tye H. Smith, Esq.
Christopher L. Brinkley, Esq.
CARR & CARR
1350 S.W. 89th Street
Oklahoma City, Oklahoma 73159
**Attorneys for Plaintiffs**

/s/ Mehry Taremi